# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY JOSEPH CHANEY, JR.

NO. 2023 KW 0622

**AUGUST 14, 2023**

---

In Re:   Anthony Joseph Chaney, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0239-F-0219.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**  The St. Tammany Parish Office of the Clerk of Court has no record of a motion to vacate conviction and sentence.  Relator should file the motion with the district court's office of the clerk of court before seeking relief from this court.  This court takes judicial notice that the correct docket number assigned to this case is 0239-F-2019.

> **PMc**
> **CHH**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT